# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00470-CV

## In re Kerry Lynn Gallagher

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of injunction seeking to restrain the justice of the peace, an attorney, and the State of Texas from taking further action in an underlying eviction proceeding. Our injunctive power is limited to preventing a *litigant* from taking actions. *See In re Tex. Dep't of Transp.*, 583 S.W.3d 794, 798 (Tex. App.—El Paso 2019, orig. proceeding). Moreover, Relator has failed to demonstrate our jurisdiction is implicated here or that any pending appeal exists before us. *In re Olson*, 252 S.W.3d 747, 747–48 (Tex. App.—Houston [14th Dist.] 2008, orig. proceeding); *see also* Tex. Gov't Code § 22.221(a). Accordingly, we dismiss the petition for writ of injunction for want of jurisdiction.

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: August 9, 2022